# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Mashaback, Christian<br><br>　　　　　　Defendant. | Case No.: SACR09-220-CJC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　[X]　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___backgrd, cmty ties unknown due to failure to interview; bail resources unknown. def's conduct in not complying with supervision___

1 conditions evidences to Court he cannot be
2 relied on to comply w/ supervision conditions or
3 and/or to appear as ordered
4 B.   [X] The defendant has not met his/her burden of establishing by clear and
5        convincing evidence that he/she is not likely to pose a danger to the safety of any
6        other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7        finding is based on his criminal history record
8
9
10
11
12
13        IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED: 2/12/13
17                                                    ROBERT N. BLOCK
                                                      UNITED STATES MAGISTRATE JUDGE